IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY DOOLEY, | |
| Plaintiff, | 8:22CV334 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | JUDGMENT |
| Defendant. | |

In accordance with the Order entered today (Filing No. 20), the final decision of defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Commissioner"), is reversed and remanded for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Final judgment is entered in favor plaintiff Tammy Dooley and against the Commissioner. *See* Fed. R. Civ. P. 58.

Dated this 27th day of February 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge