IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY DOOLEY,<br><br>             Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | 8:22CV334<br><br>JUDGMENT |

In accordance with the Memorandum and Order (Filing No. 24) entered today, judgment is entered in favor of plaintiff Tammy Dooley and against defendant Kilolo Kijakazi, Acting Commissioner of Social Security.  *See* Fed. R. Civ. P. 58.

Dated this 9th day of May 2023.

BY THE COURT:

*[signature: Robert F. Rossiter, Jr.]*

Robert F. Rossiter, Jr.
Chief United States District Judge