IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY DOOLEY,<br><br>              Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>             Defendant. | **8:22CV334**<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order entered today (Filing No. 28), judgment is entered in favor of plaintiff Tammy Dooley and against defendant Martin O'Malley, Commissioner of Social Security. *See* Fed. R. Civ. P. 58.

Dated this 8th day of March 2024.

                                                BY THE COURT:

                                                Robert F. Rossiter, Jr.
                                                Chief United States District Judge